No Cause

J.

Director's: Texas Board of Criminal Justice
            Department of Criminal Justice
            Department of Administrative Risk Review Management

ULTRA VIRES

MANDAMUS TO THE
FIFTHTEEN COURT OF APPEALS
at
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 2 2 2025

CHRISTOPHER A. PRINE
CLERK

Relator
264 FM 3478
Huntsville, Texas
        77320-3322
Phone: 936-291-4200

## STATEMENT OF CASE

Relator and Party's of interst submit this Ultra Vires Mandamus in lieu to remedy the Matter of Texas Board of Criminal Justice Director and Texas Department of Criminal Justice Director. Respectfully - for exceeding their granted authority to "interpret and apply a law," and failing to Perform, As too the Director of Administrative Risk Review Management

## STATEMENT JURISDICTION

This court has Jurisdiction Pursuant to: 2023 Tex SB 1045, Texas Const. Art §6 and Tex Gvt Code 22.221. Padilla v. Mc Daniel 122 S.W. 3d 805 (Court of Criminal Appeals 2003), and Henrera V. Mata 2024. Tex Leis 1079. Jones v. Turner 646 S.W 3d 319 (Tex 2022).

## ISSUE PRESENTED

Relator's Cell is to meet the Texas Administrative Code 37 TAC $259.507, however the Director's Texas Board of Criminal Justice, Administrative Risk Review Management and Texas Department of Criminal Justice, disregarding the laws set forth by the Texas legislature VIA Compliance to Sleering areas for residents housed within The Texas Department of Criminal Justice.

## STATEMENT OF FACT

Resident has been housed at the Estelle Unit in Huntsville Texas because of his medical treatment Plan Via Dialysis treatment, which is a life threating Renal Disease. The housing Accommodations are two men to a Cell, that is 9x5 square feet capacity which is out of Compliance to the Administrative Code. The Director's: Texas Board of Criminal Justice, Administrative Risk Review Management and Texas Department of Criminal Justice have refused to Impliment one man to a Cell to meet the Minimum of 40 square feet of clear floor space for the first bunk

Plus 18 square feet of clear floor space for each additional bunk. The Compliance and Saftey are guidelines and measures for building codes to be abided by and to ensure residents wellfare and well being. The removal of the top bunks from within the Cells on the Estelle Unit bring the Unit into Compliance to the Texas Administrative Code and legislature.

## ISSUE ONE

Relator's cell is to meet the Texas Administrative Code 37 TAC $ 259.507, however The Director's: Texas Board of Criminal Justice, Department of Criminal Justice, disregarding the laws set forth by Texas legislature VIA Compliance to Sleeping areas for residents housed within The Texas Department of Criminal Justice.

## ARGUMENT

Relator has been assigned at The Estelle Unit due to medical treatment Plan VIA Dialysis and housed within a 9X5 square foot Cell with another Prisoner. However Pursuant to the RUIZ V. Estelle 503 F. Supp 1265, 1268 HN1 (SD TX 1980) and 37 TAC $ 259.507, one man is Permitted 40 square foot of Sleeping area space Then Plus 18 square footage Per bunk added or within the Sleeping area space. The Director's have obdurantly been refusing to adhere to their agencies directive and the TAC. Respondents are infringing upon The agreements! upon RUIZ V. Estelle and legislature of law by occupying two People into a Sleeping Space, Not agreed Nor designed for the Capacity of Two People.

Relator rightfully brings The Ultra Vires / Mandamus because he has No other recourse of remedy to such matter. Respondents are given the Power to Make Corrections. Yet when their decisions are not Correct They are not in the action of a sovereign. Relator's Ultra Vires is not an attempt to exert control over the State, but attempt to reassert the Control over the agents. Altering governmental Policy is not the case at hand.

But the enforcement existing thru the legislature Constitution Texas Administrive Code Texas Government code and state laws there in the Estelle facikty was built on the pretence of, one man to the 9X5 square foot sleeping space area. Yet the Director's are acting outside the correct decisions they are to uphold and follow.

## PRAYER FOR RELIEF

Relator seeks relief by Honorable Court to GRANT Ultra Vires and for Respondents to correctly follow the legistature of law, and RUIZ V. Estelle agreement designating 40 square foot of sleeping space area for the first bunk, plus 18 square foot of sleeping space area per bunk with in the Cells. Building Code inspector appointed by the Court to oversee the correction of matter bringing the entire Estelle facikty into compliance with the 37 TAC § 259.507, and RUIZ V. Estelle stipdate agreement. Should Respondents fail to enforce, sanctions imposed by the court at a financial value of (25) Twenty to (100) Hundred Dollars a day, until compliance is met by Respondents.

i verify that the above Oath is true correct and complete under Penalty of Perjury. 28 USC 1746

Date: 04/16/2025

x Reginald Ellison

264 FM 3478 (E2)
Huntsville, Texas
77320-3322
Phone: 936-291-4200

# Certificate of Service

I certify that the above Ultra Vires / mandamus has been Mailed Prepaid first class U.S Postage to the following:

DIR Board of CRIMINAL JUSTICE

DIR DEPARTMENT OF CRIMNAI Justice P.O. BOX 99 Huntsville, Texas 77342

DIR DEPARTMENT OF ADMINISTRATIVE RISK MANGEMENT P.O. BOX 99 Huntsville, Texas 77342

Date: 04/16/2025

x Reginald Ellison

264 FM 3478 (E2)
Huntsville, Texas
77320-3322
Phone: 936-291-4200

Reginald Ellison #02209342
204 Fm 3478 (E2)
Huntsville, Texas
77320-3322

HOUSTON TX RPDC 773

19 APR 2025 AM 3 L

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 22 2025

CHRISTOPHER A. PRINE
CLERK

76711-205252

PRIVILEGED LENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION

Fifteenth Court of Appeals-235
P.O. Box 12852
Austin, Texas 76711